UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

                Plaintiff,

     - against -

JAMES COFFIN,

                Defendant.
------------------------------------------------------------X

UNITED STATES OF AMERICA,

                Plaintiff,

     - against -

KEVIN COOK,

                Defendant.
------------------------------------------------------------X

UNITED STATES OF AMERICA,

                Plaintiff,

     - against -

LEONARD DIROMA,

                Defendant.
------------------------------------------------------------X

**O R D E R**

09 CR 481 (ARR)

09 CR 480 (ARR)

09 CR 453 (ARR)

1

------------------------------------------------------------X

UNITED STATES OF AMERICA,

                Plaintiff,

    - against -                                      09 CR 478(ARR)

ANTHONY VILLANO,

                Defendant.

------------------------------------------------------------X

UNITED STATES OF AMERICA,

                Plaintiff,

    - against -                                      09 CR 479 (ARR)

RICHARD ZEBLER,

                Defendant.

------------------------------------------------------------X

UNITED STATES OF AMERICA,

                Plaintiff,

    - against -                                      09 CR 477 (ARR)

ABRAHAM PANAGI,

                Defendant.

------------------------------------------------------------X

------------------------------------------------------------X

UNITED STATES OF AMERICA,

                        Plaintiff,

        - against -                                        09 CR 478 (ARR)

PAUL SANABRIA,

                        Defendant.

------------------------------------------------------------X

UNITED STATES OF AMERICA,

                        Plaintiff,

        - against -                                        09 CR 452 (ARR)

WILLIAM SHANNON,

                        Defendant.

------------------------------------------------------------X

UNITED STATES OF AMERICA,

                        Plaintiff,

        - against -                                        09 CR 467 (ARR)

JOSEPH LIOI,

                        Defendant,

------------------------------------------------------------X

------------------------------------------------------------X

UNITED STATES OF AMERICA,

                Plaintiff,

    - against -                                        09 CR 467 (ARR)

BRENDAN MAHER,

                Defendant.

------------------------------------------------------------X

UNITED STATES OF AMERICA,

                Plaintiff,

    - against -                                        09 CR 459 (ARR)

JACK PALAZZO,

                Defendant.

------------------------------------------------------------X

UNITED STATES OF AMERICA,

                Plaintiff,

    - against -                                        09 CR 458 (ARR)

ROCCO FASSACESIA,

                Defendant.

------------------------------------------------------------X

```
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

                        Plaintiff,

          - against -                                    09 CR 481 (ARR)

THOMAS FETTER,

                        Defendant.
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

                        Plaintiff,

          - against -                                    09 CR 473 (ARR)

RICHARD GIANNETTO,

                        Defendant.
-----------------------------------------------------------X
```

ROSS, United States District Judge:

IT IS HEREBY ORDERED that the response, if any, of each defendant to Consolidated Edison, Co's May 25, 2011 submission regarding restitution under the Mandatory Victims Restitution Act, 18 U.S.C. § 3663(A), and to the supporting June 20, 2011 submission by the government, shall be served and filed, with courtesy copies to chambers, by July 18, 2011.

SO ORDERED:

Dated: Brooklyn, New York
       July  8,  2011

_____
Allyne R. Ross
United States District Judge

5

COPIES OF THIS ORDER WERE FORWARDED BY ECF AND MAIL

Daniel Brownell
Assistant U.S. Attorney
E D N Y
271 Cadman Plaza East
Brooklyn, NY 11201


Alfredo Mendez, Esq.
Abrams Fensterman Fensterman Eisman Greenberg Formato & Einiger, LLP
630 Third Avenue
NY, NY 10017

Melinda Sarafa, Esq.
Sarafa Law LLC
80 Pine Street, 33rd Floor
NY, NY 10005

Arnold Keith, Esq.
Hornstein Palumba & Keith
350 Broadway, Suite 1201
NY, NY 10013

Michael Bachner, Esq.
Bachner & Associates, P.C.
26 Broadway, Suite 2310
NY, NY 10004

Joel Winograd, Esq.
Winograd & Winograd, P.C.
450 Seventh Avenue, Suite 1308
NY, NY 10123

JaneAnn Murray, Esq.
Woolworth Building
233 Broadway, 22nd Floor
NY, NY 10279

Jorge Sorote, Esq.
110 Wall Street, 11th Floor
NY, NY 10005-3807

George Chalos, Esq.
Chalos & Co., P.C.
123 South Street
Oyster Bay, NY 11771

Anthony Mangone, Esq.
Santangelo Randazzo & Mangone LLP
151 Broadway
Hawthorne, NY 10532

Brian Waller, Esq.
Simon & Parnter, LLP
551 Fifth Avenue
NY, NY 10176

Peter Quijano, Esq.
381 Park Avenue South
Suite 701
NY, NY 10016

John Mullady, Esq.
57 Hennett Road
Valatie, NY 12184-6100

Marjorie J. Peerce, Esq.
Stillman Friedman & Shechtman
425 Park Avenue
NY, NY 10022

Brian MacCreery, Esq.
Deren Genett & MacCreey
28 Edgemont Road
Katonah, NY 10536